# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2026-0947
LT Case No. 05-1997-CF-023932-A

————————————————

DANIEL TAYLOR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

————————————————

3.850 Appeal from the Circuit Court for Brevard County.
Stephen George Henderson, Judge.

Daniel Taylor, Century, pro se.

No Appearance for Appellee.

June 11, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____